# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING, | CASE NO. 1:05-cv-00342-AWI-LJO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO SEAL |
| v. | (Doc. 8) |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Plaintiff Elroy W. Browning ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2005, plaintiff filed a motion seeking the appointment of counsel. The motion for counsel was denied by the court on May 4, 2005. In the alternative to the appointment of counsel, plaintiff sought an order sealing all records pertaining to the motion.

Plaintiff's motion for a sealing order is DENIED. There are no grounds which support the issuance of an order sealing the documents relating to plaintiff's motion of April 21, 2005.

IT IS SO ORDERED.

**Dated:   May 19, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                              UNITED STATES MAGISTRATE JUDGE

1