# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING,<br><br>            Plaintiff,<br><br>      v.<br><br>JEANNE WOODFORD, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:05-CV-00342-AWI-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REASONABLE EXPENSES INCURRED IN FILING MOTION TO COMPEL<br><br>(Doc. 51) |

Plaintiff Elroy W. Browning ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 19, 2006, plaintiff filed a motion to compel defendant Lopez ("defendant") to respond to his request for the production of documents and for the payment of reasonable expenses in the amount of $16.35. (Doc. 41.) Defendant filed a statement of non-opposition to plaintiff's motion to compel on May 1, 2006, and plaintiff filed a reply on May 12, 2006. (Docs. 47, 49.) On May 31, 2006, the court issued an order denying plaintiff's motion to compel a response to his document request as moot, and ordering plaintiff to file a declaration setting forth the reasonable expenses he incurred in preparing and filing the motion to compel within thirty days. (Doc. 51.) On June 14, 2006, plaintiff filed a response to the court's order regarding reasonable expenses. (Doc. 52.) On June 22, 2006, following review of plaintiff's response, the court notified plaintiff that he had not filed a declaration and had not separately set forth the costs incurred, as required by the court in its May 31 order. (Doc. 53.) The court ordered plaintiff to file a declaration setting forth the costs incurred in filing his motion to

///

1

compel, in compliance with the court's order of May 31, 2006. (Id.) Plaintiff filed a response on July 17, 2006. (Doc. 55.) Defendant did not file a response.

Plaintiff's second response is also deficient. The court has twice notified plaintiff of the requirement that he file a declaration setting forth the expenses incurred from filing his motion to compel. Twice plaintiff has submitted a response that is not in compliance with the court's order.

Accordingly, because the basis for plaintiff's request for reasonable expenses in the amount of $16.35 was not clear in his motion to compel, and because plaintiff has failed to comply with the court's orders of May 31, 2006, and June 22, 2006, to clarify the basis for his request and support his request with a declaration, plaintiff's motion seeking reasonable expenses incurred from filing his motion to compel, filed April 19, 2006, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   August 16, 2006**           /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE