# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING, | CASE NO. 1:05-CV-00342-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF THE DISCOVERY DEADLINE |
| v. | |
| JEANNE WOODFORD, et al., | (Doc. 56) |
| Defendants. | ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO SERVE A RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES |
| | (Doc. 59) |
| | <u>New Discovery Deadline</u>:   10-30-06 |

The deadline for the completion of all discovery is currently set for September 29, 2006. (Doc. 48.) On August 9, 2006, plaintiff filed a request seeking an extension of the discovery deadline to October 29, 2006, and on August 23, 2006, defendants filed a request for an extension of time up to and including September 22, 2006, within which to serve a response to plaintiff's first set of interrogatories.[1]  (Docs. 56, 59.)

Plaintiff's and defendants' requests shall be accommodated. Accordingly, it is HEREBY ORDERED that:

///

---

[1] Defendants are notified that their request contained numerous typographical errors concerning relevant dates. (<u>See</u> Doc. 59, page 2 at lines 2 and 4, and page 3 at lines 3 and 6.)  The court finds that the errors need not preclude the court from addressing the request, though, as the court is able to ascertain defendants' intent.

1

1.  Plaintiff's request for an extension of the discovery deadline, filed August 9, 2006, is GRANTED;
2.  Because October 29, 2006, falls on a Sunday, the deadline for the completion of all discovery, including filing motions to compel, is extended to October 30, 2006; and
3.  Defendants' request for an extension of time up to and including September 22, 2006, within which to serve a response to plaintiff's first set of interrogatories, filed August 23, 2006, is GRANTED.

IT IS SO ORDERED.

**Dated:   August 24, 2006**                    **/s/ Lawrence J. O'Neill**
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE