# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING,<br><br>             Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-CV-00342-AWI-LJO-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO RETURN PLAINTIFF'S PROPOSED AMENDED COMPLAINT<br><br>(Doc. 67) |

     Plaintiff Elroy W. Browning ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2006, plaintiff submitted a proposed amended complaint.

     Plaintiff may not file an amended complaint without seeking permission from the court. Fed. R. Civ. P. 15(a). Plaintiff's proposed amended complaint was not accompanied by a motion seeking leave of court to amend and setting forth the grounds for amendment. Fed. R. Civ. P. 7(b). The court will not expend its resources doing a line by line comparison between the original and proposed amended complaints in an effort to determine what has been amended. Plaintiff bears the burden of filing a motion informing the court of the relief he seeks and the grounds for the relief.

///
///
///
///
///

Accordingly, the Clerk's Office is HEREBY DIRECTED to return plaintiff's proposed amended complaint to plaintiff.

IT IS SO ORDERED.

**Dated:**    **October 21, 2006**                   /s/ Lawrence J. O'Neill
b9ed48                                               UNITED STATES MAGISTRATE JUDGE