# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING, | CASE NO. 1:05-CV-00342-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE PRETRIAL DISPOSITIVE MOTION DEADLINE |
| v. | |
| JEANNE WOODFORD, et al., | (Doc. 69) |
| Defendants. | New Dispositive Motion Deadline: 01/16/07 |

The deadline for filing pretrial dispositive motions is currently set for November 30, 2006. (Doc. 48.) On October 17, 2006, plaintiff filed a motion seeking an extension of the deadline to January 16, 2007. (Doc. 69.) Defendants did not file a response.

Plaintiff's motion shall be granted. However, plaintiff is placed on notice that any additional motions for an extension of this deadline must be accompanied by an offer of proof concerning what type of motion plaintiff is intending to file and what steps he has taken toward preparing the motion. Fed. R. Civ. P. 16(b).

Plaintiff's motion for an extension of the pretrial dispositive motion deadline, filed October 17, 2006, is HEREBY GRANTED, and the deadline is extended to January 16, 2007, for all parties.

IT IS SO ORDERED.

**Dated:   November 15, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                                         UNITED STATES MAGISTRATE JUDGE

1