# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING, | CASE NO. 1:05-cv-00342-AWI-LJO PC |
| Plaintiff, | ORDER DENYING MOTION AS PROCEDURALLY DEFICIENT |
| v. | (Doc. 79) |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

On November 22, 2006, plaintiff filed a document entitled "Request for Preliminary Injunction." (Doc. 79.) However, the motion does not specify any relief sought from the court. For this reason, the motion is procedurally deficient and is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   January 26, 2007**           /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

1