IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | 1:05-CV-0342 AWI NEW (DLB) PC<br><br>ORDER DIRECTING SERVICE OF<br>SUBPOENAS BY THE UNITED<br>STATES MARSHAL WITHOUT<br>PREPAYMENT OF COSTS |

        Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information for service of process on form USM-285, a completed subpoena for each witness being commanded to appear, and a money order made payable to each witness as required for payment of witness fees and mileage.  Plaintiff has submitted the required papers.  Accordingly, IT IS HEREBY ORDERED that:

        1.  The Clerk of the Court is directed to forward the following documents to the United States Marshal:

            (1)    Two completed and issued subpoena to be served on :

                    LIEUTENANT L.L. WOOD;

                    DR. ENENMOH;

            (2)    Two completed USM-285 forms;

(3) Money order # 11245824832 in the amount of $75.00, made payable to unincarcerate witness, Dr. Enemoh, Anth; and

(4) Money order # 11245824821 in the amount of $75.00, made payable to unincarcerate witness, Lieutenant L.L. Wood; and

(4) One copy of this order for each witness, plus an extra copy for the Marshal.

2. Within **twenty (20)** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on witnesses, Lieutenant L. L. Wood and Dr. Enenmoh, in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon witnesses Lieutenant L.L. Wood and Dr. Enenmoh pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

**Dated:     October 5, 2007**                          /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE