IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING,<br><br>     **Plaintiff**,<br> v.<br><br>JEANNE WOODFORD, et al.,<br><br>     **Defendants** | 1: 05-CV-0242 AWI GSA P<br><br>**ORDER SETTING HEARING FOR WEDNESDAY, OCTOBER 31, 2007 AT 9:00 A.M. TO DISCUSS TRIAL** |

  Plaintiff Elroy W. Browning ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed March 11, 2005, in which Plaintiff contends that Defendants violated the Eighth Amendment when they sprayed Plaintiff with OC pepper spray in his cell on or about April 9, 2004. Trial in this matter is currently set for November 6, 2007.

  A review of the court's calendar reveals that the undersigned will be unable to proceed to with this action on November 6, 2007. Thus, the court must hold an immediate telephonic hearing to discuss a trial date. If he has not already done so, prior to the hearing, Defendants' attorney is required to discuss the issue of consenting to Magistrate Judge jurisdiction with his clients.

//

Accordingly, the court ORDERS that:

1. A telephonic hearing is SET in this matter for 9:00 a.m. on Wednesday, October 31, 2007.
2. Counsel for Defendants is required to arrange for the participation of Plaintiff at this telephonic hearing and to initiate the telephonic hearing to (559) 499-5669.
3. Prior to the hearing, Defendants' attorney is REQUIRED to discuss with his clients whether they are willing to consent to Magistrate Judge Jurisdiction.
4. The Clerk of the Court is DIRECTED to fax a copy of this order on the litigation coordinator at Plaintiff's institution.   The court REQUESTS the litigation coordinator hand deliver a copy of this order to Plaintiff immediately.

IT IS SO ORDERED.

**Dated:     October 30, 2007**                            /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE