UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY W. BROWNING, | 1:05-cv-00342 AWI-GSA (PC) |
| Plaintiff, | ORDER CONTINUING TRIAL, VACATING WRITS OF HABEAS CORPUS AD TESTIFICANDUM, AND RECALLING SUBPOENAS |
| v. | |
| JEANNE WOODWARD, et al., | New Trial Date: March 25, 2008 |
| Defendants. | Time: 8:30 a.m. |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On October 2, 2007, the court issued four orders and Writs of Habeas Corpus ad Testificandum to transport plaintiff and three witnesses for Plaintiff, commanding the Wardens of California Substance Abuse Treatment Facility, Salinas Valley State Prison, Corcoran State Prison, and North Kern State Prison to produce California prisoners Elroy Browning (#T-82234), Kelly Blackwell (#E-72399), Lewis Richard (#C-27964), and Ladall Stephens (#D-61914) in this court on , November 6, 2007, to testify at trial in this action.

IT IS HEREBY ORDERED:

1. **The trial is continued to March 25, 2008, at 8:30 a.m.**
2. The court's orders and Writs of Habeas Corpus ad Testificandum issued on October 2, 2007, commanding the production of the aforementioned inmates

-1-

ARE VACATED.

3. The subpoenas issued on October 5, 2007, commanding the appearance of Dr. Enenmoh and Captain Larry Wood are RECALLED.

4. The Plaintiff and all witnesses may be returned to their facilities, pending further order of the court.

IT IS SO ORDERED.

**Dated: November 1, 2007**                     /s/ Anthony W. Ishii
                                                **UNITED STATES DISTRICT JUDGE**